```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 04456
   ALFONSO R ORTEGA JR
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-7051


--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/13/07 .

     2.  The case was dismissed without confirmation, 07/27/2007.

     3.  The Debtor paid a total of $   2400.00 .

     4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                        PAID         PAID
--------------------------------------------------------------------------
GMAC RESCAP LLC          CURRENT MORTG       .00            .00           .00
GMAC RESCAP LLC          MORTGAGE ARRE  NOT FILED           .00           .00
WILL COUNTY TREASURER    SECURED        NOT FILED           .00           .00
CAPITAL ONE FINANCIAL    UNSECURED      NOT FILED           .00           .00
COMED                    UNSECURED      NOT FILED           .00           .00
DELL FINANCIAL           UNSECURED      NOT FILED           .00           .00
NICOR GAS                UNSECURED      NOT FILED           .00           .00
SBC AMERITECH            UNSECURED      NOT FILED           .00           .00
THD CBSD                 UNSECURED      NOT FILED           .00           .00
         Summary of disbursements:
--------------------------------------------------------------------------
                      SECURED     PRIORITY   UNSECURED    OTHER        TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00         .00        .00          .00
PRINCIPAL PAID           .00         .00         .00        .00          .00
INTEREST PAID            .00         .00         .00        .00          .00
TOTAL PAID               .00         .00         .00        .00          .00
The Debtor's attorney, ROBERT V SCHALLER            , was allowed $   3000.00
and was paid $   1181.00  direct and $   1558.40  through the plan.

The Trustee received $     41.60 .

Refunds to the Debtor totaled $    800.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 02/11/08                    /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

                              PAGE   2
        CASE NO. 07 B 04456 ALFONSO R ORTEGA JR